In the Matter of the Final Judicial Settlement of the Accounts of SECURITY TRUST COMPANY OF ROCHESTER, as Executor, etc., of JAMES T. MILLER, Deceased, Appellant. CARRIE E. MILLER, Appellant; FRANCIS C. MILLER and Others, Respondents.— Decree affirmed, with costs to respondents upon each appeal. All concurred.

IDA McCALE and Another, as Executors, etc., Appellants, v. NEW YORK STATE RAILWAYS, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented upon the ground that the evidence tends to show that the deceased was aware of the approach of the street car, but had reasonable grounds to believe that it would stop or slacken its speed so that he could cross the tracks in safety, and after he had started to cross and it was apparent that he intended to cross, and when the street car was within 100 feet of the crossing, the speed of the car was suddenly accelerated, resulting in the collision.

WILLIAM J. WITTMAN, Respondent, Appellant, v. THE DUROLITHIC COMPANY, Appellant, and JAMES G. DAVIS, Respondent.— Judgment and order in favor of plaintiff against Durolithic Company affirmed, with costs. Judgment and order in favor of defendant Davis against plaintiff affirmed, with costs. All concurred.

CATHERINE A. DALY, Plaintiff, v. THE DAKE REALTY CORPORATION, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

HANORA M. CRONIN, Appellant, v. KATHERINE O'LEARY, Substituted as Defendant in the Place and Stead of SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent.— Judgment affirmed, with costs. All concurred.

IMO W. TOMS LANGDON, Respondent, v. TOWN OF NEWFANE, NIAGARA COUNTY, NEW YORK, Appellant.— Judgment affirmed, with costs. All concurred.

JOHN C. DUVALL, an Infant, etc., Respondent, v. MASSACHUSETTS BONDING AND INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

ROCHESTER RAILWAY AND LIGHT COMPANY, Appellant, v. JOHN H. SPEARY, Respondent.— Judgment affirmed, with costs. All concurred.

In the Matter of the Petition of CHILES HIDECKER and Others, Appellants, for the Drainage of Low, Wet, Marsh and Swampy Lands in the Counties of Chautauqua and Cattaraugus. JULIUS N. SHAW and Others, Respondents.— Order affirmed, with costs. All concurred; Lambert, J., not sitting.

DANIEL JUDGE, Respondent, v. THE CITY OF WATERTOWN, Appellant. — Judgment and orders affirmed, with costs. All concurred.

RAPLEY P. MERRIMAN, Respondent, v. WILLIAM M. STEELE, Appellant. — Judgment affirmed, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CAREY, Appellant.— Judgment of conviction and order affirmed, under the provisions of section 542 of the Code of Criminal Procedure. All concurred.